MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:19-cr-00003 JAM-2 |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER EXTENDING TIME TO |
| | ) FILE SECURED PROPERTY DOCUMENTS |
| | ) |
| JOSE ALCALA-GARCIA, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Deborah Barnes |

==============================)

Mr. Alcala was released from custody on an unsecured bond pending his filing of a secured property bond. The Court allowed the defense until Friday, January 11, 2019, to file the secured property bond. (See ECF docket entry 9.) As of today's date, the defense has made progress concerning the secured property bond, but it appears we will not be able to complete the process by our current deadline. After having discussed the situation with AUSA Timothy Delgado, the parties propose a stipulation that the deadline for the filing of the secured property bond be extended to Monday, January 21, 2019.

Dated:  January 9, 2019                                  Respectfully submitted,

                                                         /s/ Michael D. Long
                                                         MICHAEL D. LONG
                                                         Attorney for Jose Alcala-Garcia

///

-1-

Dated: January 9, 2019

McGREGOR SCOTT
United States Attorney

/s/ Timothy Delgado
TIMOTHY DELGADO
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The defense must file the completed secured property bond by Monday, January 21, 2019.

Dated: January 10, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE