MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:19-cr-0003 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER EXTENDING TIME TO |
| ) | FILE SECURED PROPERTY DOCUMENTS |
| ) | |
| JOSE ALCALA-GARCIA, ) | Date: |
| ) | Time: |
| Defendant. ) | Judge: Hon. Magistrate Deborah Barnes |
| ==============================) | |

     Mr. Alcala was released from custody on an unsecured bond pending his filing of a secured property bond.  The Court allowed the defense until Friday, January 11, 2019, to file the secured property bond. (See ECF docket entry 9.)  On January 9, 2019, the Court granted a stipulation to extend the deadline to January 21, 2019.  Mr. Long has explained to AUSA Delgado in detail the administrative problems the defense has encountered in completing all of the documents that must be filed to secure the bond.  AUSA Timothy Delgado agrees with the defense's proposed stipulation that the deadline for the filing of the secured property bond be extended from Monday, January 21, 2019, to Monday, February 4, 2019.

Dated: January 15, 2019                        Respectfully submitted,

                                                         /s/ Michael D. Long
                                                         MICHAEL D. LONG
                                                         Attorney for Jose Alcala-Garcia

| | |
|---|---|
| Dated: January 15, 2019 | McGREGOR SCOTT<br>United States Attorney<br><br>/s/ Timothy Delgado<br>TIMOTHY DELGADO<br>Assistant U.S. Attorney |

[~~PROPOSED~~] ORDER

Good cause appearing and having been shown, the defense must file the completed secured property bond by Monday, February 4, 2019.

So Ordered.

Dated: January 17, 2019

_____
Hon. EDMUND F. BRENNAN
United States Magistrate Judge