MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:19-cr-00003-JAM-2 |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER EXTENDING TIME TO |
| ) | FILE SECURED PROPERTY DOCUMENTS |
| ) | |
| JOSE ALCALA-GARCIA, ) | Date: |
| ) | Time: |
| Defendant. ) | Judge: Hon. Magistrate Kendall J. Newman |

Mr. Alcala was released from custody on an unsecured bond pending his filing of a secured property bond. The Court allowed the defense until Friday, January 11, 2019, to file the secured property bond. (See ECF docket entry 9.) On January 9, 2019, the Court granted a stipulation to extend the deadline to January 21, 2019. Mr. Long has explained to AUSA Delgado in detail the administrative problems the defense has encountered in completing all of the documents that must be filed to secure the bond. AUSA Timothy Delgado agrees with the defense's proposed stipulation that the deadline for the filing of the secured property bond be extended from Monday, January 21, 2019, to Monday, February 4, 2019. We just learned that due to problems with the structure of the initially chosen home, that we will need to choose a different property to secure the bond. I have spoken with AUSA Delgado and PTS Ryan Garcia and I left messages for PTS Ally Mirgain and PTS Tai Gaskins. All parties are in agreement that it is appropriate to handle this new problem by extending the deadline for filing the secured property bond from Monday, February 4, 2019, to Friday, February 22, 2019.

-1-

Dated: February 1, 2019							Respectfully submitted,

							/s/ Michael D. Long
							MICHAEL D. LONG
							Attorney for Jose Alcala-Garcia


Dated: February 1, 2019							McGREGOR SCOTT
							United States Attorney

							/s/ Timothy Delgado
							TIMOTHY DELGADO
							Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The defense must file the completed secured property bond by February 22, 2019.

Dated: February 1, 2019

							_____
							KENDALL J. NEWMAN
							UNITED STATES MAGISTRATE JUDGE