MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 19-3 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING SECURED PROPERTY |
| | ) APPEARANCE BOND TO AN UNSECURED |
| | ) PROPERTY BOND |
| JOSE ALCALA-GARCIA, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Magistrate Carolyn K. Delaney |
| ==============================) | |

On December 21, 2018, Mr. Alcala was released from custody on an unsecured $50,000 bond pending his filing of a secured $50,000 property bond.  The Court allowed the defense until Friday, January 11, 2019, to file the secured property bond. (See ECF docket entry 9.)  The Court granted three separate stipulations to extend the filing deadline, the most recent of which extended the filing deadline to February 22, 2019.  Mr. Long has explained to U.S. Pretrial Services Officer, Alicia Mirgain, and AUSA Delgado in detail the administrative problems the defense has encountered in finding a property suitable to secure the appearance bond.  In light of those difficulties, and in light of Mr. Alcala having complied with all terms and conditions of his pre-trial release thus far, both. Pretrial Services and the Government agree with the defense's proposed stipulation to modify Mr. Alcala's terms of release to delete the condition that he must post a secured property bond and, instead, that Mr. Alcala is to remain released from custody pursuant to a $50,000 unsecured bond to be co-

-1-

signed by both the defendant and his aunt, Mary Garcia. The filing deadline for filing the unsecured bond is Friday, March 1, 2019.

Dated: February 14, 2019         Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Jose Alcala-Garcia

Dated: February 14, 2019         McGREGOR SCOTT
United States Attorney

/s/ *Timothy Delgado*
TIMOTHY DELGADO
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

Defendant Jose Alcala-Garcia is to remain released from custody pursuant to a $50,000 unsecured bond to be co-signed by both the defendant and his aunt, Mary Garcia. The condition requiring a secured property bond is hereby deleted. The deadline for filing the unsecured bond is Friday, March 1, 2019.

In addition, the defendant will be required to report in person to Pretrial Services every other month. All other conditions will remain in full force and effect.

Dated: February 22, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE