MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 19-cr-3 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER TO DELETE IN-PERSON REPORTING |
| | ) BY MR. ALCALA TO PRE-TRIAL SERVICES |
| | ) |
| JOSE ALCALA-GARCIA, | ) Date: |
| | ) Time: |
| Defendant. | ) Judge: Hon. Magistrate Edmund F. Brennan |
| ===============================) | |

On February 25, 2019, Mr. Alcala was ordered to post unsecured bonds as a condition of release. (See ECF 37.) Mr. Alcala posted the unsecured bonds on March 1, 2019. (See ECF entries 39 and 40.) The order in ECF 37 also stated: "In addition, the defendant will be required to report in person to Pretrial Services every other month." Due to Mr. Alcala's compliance with all of the release conditions ordered by the Court, and because he lives 300 miles north of Sacramento, which is a five-hour one-way drive to Sacramento, the government and the defense stipulate that the in-person reporting requirement can be deleted. USPTS Mirgain agrees that the in-person requirement can be deleted.

Dated: June 12, 2019                            Respectfully submitted,

                                                /s/ Michael D. Long
                                                MICHAEL D. LONG
                                                Attorney for Jose Alcala-Garcia

-1-

Dated: June 12, 2019                    McGREGOR SCOTT
                                        United States Attorney

                                        /s/ Timothy Delgado
                                        TIMOTHY DELGADO
                                        Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS ORDERED THAT**:

The following language is hereby deleted from ECF entry 37: "In addition, the defendant will be required to report in person to Pretrial Services every other month."

Dated: June 13, 2019
                                        _____
                                        Hon. EDMUND F. BRENNAN
                                        United States Magistrate Judge