MCGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
QUINN HOCHHALTER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0003-JAM |
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON DEFENDANT'S DISCOVERY MOTION |
| v. | |
| JOSE ARNULFO ALCALA-GARCIA, | Date: January 22, 2020<br>Time: 2:00 p.m.<br>Court: Hon. Carolyn K. Delaney |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, through its undersigned counsel, and defendant Jose Arnulfo Alcala-Garcia, through his counsel of record, stipulate as follows:

1. This matter is currently set for a hearing on defendant's discovery motion (Dkt. No. 71) on January 22, 2020.

2. By this stipulation, the parties now move to continue the hearing by one week, to January 29, 2020, at 2:00 p.m., in Courtroom 25, before the Hon. Kendall J. Newman.

3. The parties agree and stipulate:

   a) The government is currently working on defendant's discovery requests as set forth in Docket Number 71. The government is identifying whether it has or can obtain the materials requested, as well as whether they exist. The government expects to produce some of the requested materials in the next few days.

b) The government intends to continue compliance with its discovery obligations by either producing any available materials directly to counsel or making them available for inspection and copying.

c) The parties agree that, at this time, it would be appropriate to continue the hearing on defendant's discovery motion pending resolution of the request later this week.

d) Defendant does not object to the continuance.

SO STIPULATED.

Dated: January 22, 2020  McGREGOR W. SCOTT
United States Attorney

*/s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
QUINN HOCHHALTER
Assistant United States Attorneys

Dated: January 22, 2020  */s/ Michael Long*
MICHAEL LONG
*Counsel for defendant Jose Arnulfo Alcala-Garcia*

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: January 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE