| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>QUINN HOCHHALTER |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ARNULFO ALCALA-GARCIA,<br><br>Defendant. | CASE NO. 2:19-CR-0003-JAM<br><br>STIPULATION TO CONTINUE TRIAL AND RESET PRETRIAL DEADLINES<br><br>Date: February 10, 2020<br>Time: 9:15 a.m.<br>Court: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, through its undersigned counsel, and defendant Jose Arnulfo Alcala-Garcia, through his counsel of record, stipulate as follows:

1. This case is currently set for a jury trial scheduled to begin on February 10, 2020. (Dkt. No. 69.)

2. By this stipulation, the parties now move to continue the trial by five weeks, to March 16, 2020 at 9:00 a.m.; to reset the relevant pretrial deadlines; and to exclude time under the Speedy Trial Act and Local Code T4 between February 10, 2020, and March 16, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes investigative reports, videos, and additional materials in electronic format. As the government prepares for trial, it has continued to investigative this case and now expects to produce additional discovery materials within the

STIPULATION TO CONTINUE TRIAL AND RESET
PRETRIAL DEADLINES

1

next 10 days. For example, the government will be producing a collection of documents related to a recent fingerprint examination of several items of evidence. In addition, the government will be producing the forensic results for the data retrieved from the cellular phones seized in this case. In keeping with its discovery obligations, the government will continue to either provide all discoverable materials directly to defense counsel and/or make them available for inspection and copying.

  b) Defense counsel will require additional time to review these materials after receiving them.

  c) Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) Based on the above, the parties agree and ask that the Court find that the ends of justice served by continuing this case as requested outweigh the interests of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For purposes of computing the time within which trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period from February 10, 2020, to March 16, 2020, is deemed excludable under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

4. Accordingly, the parties stipulate that the jury trial be continued from February 10, 2020, to March 16, 2020, at 9:00 a.m. In addition, the parties stipulate that the pretrial deadlines agreed upon at the Court's January 7, 2020 trial confirmation hearing be reset as follows:

- Trial brief, due March 9, 2020
- Proposed jury instructions, due March 9, 2020
- Witness and exhibit lists, due March 9, 2020
- Proposed voir dire, due March 9, 2020
- Motions in limine, due March 6, 2020
- Oppositions to motions in limine, due March 9, 2020

///

///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

SO STIPULATED.

Dated: January 22, 2020              McGREGOR W. SCOTT
                                     United States Attorney

                                     */s/ Timothy H. Delgado*
                                     TIMOTHY H. DELGADO
                                     QUINN HOCHHALTER
                                     Assistant United States Attorneys


Dated: January 22, 2020              */s/ Michael Long*
                                     MICHAEL LONG
                                     *Counsel for defendant Jose Arnulfo Alcala-Garcia*


### FINDINGS AND ORDER

SO FOUND AND ORDERED this 22nd day of January, 2020.

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge