MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 19-3 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR Mr. ALCALA-GARICA PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| JOSE ALCALA-GARCIA, | ) OF JUNE 30, 2020 |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |
| ================================) | |

Defendant Jose Alcala-Garcia is requesting a continuance of his sentencing hearing, which is presently set for May 19, 2020.  AUSA Quinn Hochhalter, on behalf of the United States Attorney's Office, and USPO Aylin McFarland, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: June 30, 2020

Reply, or Statement of Non-opposition: June 23, 2020

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 16, 2020

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: June 9, 2020

Dated:  April 20, 2020                                Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Jose Alcala-Garcia

-1-

Dated: April 20, 2020

McGREGOR SCOTT
United States Attorney

/s/ *Quinn Hochhalter*
QUINN HOCHHALTER
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Alcala-Garcia's pre-sentence report is amended as follows:

Judgment and Sentencing Date: June 30, 2020 at 9:15 a.m.

Reply, or Statement of Non-opposition: June 23, 2020

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 16, 2020

The Presentence Report shall be filed with the Court and disclosed to the parties no later than: June 9, 2020

Dated: April 20, 2020

/s/ John A. Mendez
Hon. JOHN A. MENDEZ
United States District Court Judge