MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:19-cr-0003 JAM-2 |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR Mr. ALCALA-GARICA PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| JOSE ALCALA-GARCIA, | ) OF AUGUST 18, 2020 |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |

==============================)

Defendant Jose Alcala-Garcia is requesting a continuance of his sentencing hearing, which is presently set for June 30, 2020.  AUSA Quinn Hochhalter, on behalf of the United States Attorney's Office, and USPO Aylin McFarland, on behalf of the United States Probation Office, have no objection to the requested continuance.  The final PSR was filed on May 28, 2020.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: August 18, 2020 at 9:15 a.m.

Reply, or Statement of Non-opposition: August 11, 2020

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 4, 2020

Dated:  June 4, 2020                                              Respectfully submitted,

                                                                            /s/ Michael D. Long
                                                                            MICHAEL D. LONG
                                                                            Attorney for Jose Alcala-Garcia

–1–

Dated:  June 4, 2020                          McGREGOR SCOTT
                                              United States Attorney

                                              /s/ Quinn Hochhalter
                                              QUINN HOCHHALTER
                                              Assistant U.S. Attorney

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Alcala-Garcia's pre-sentence report is amended as follows:

Judgment and Sentencing Date: August 18, 2020 at 9:15 a.m.

Reply, or Statement of Non-opposition: August 11, 2020

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 4, 2020

Dated:  June 4, 2020                          /s/ John A. Mendez_____
                                              Hon. JOHN A. MENDEZ
                                              United States District Court Judge