MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:19-cr-0003 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR Mr. ALCALA-GARICA PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| JOSE ALCALA-GARCIA, | ) OF SEPTEMBER 29, 2020 |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |
| ================================) | |

Defendant Jose Alcala-Garcia is requesting a continuance of his sentencing hearing, which is presently set for August 18, 2020.  AUSA Quinn Hochhalter, on behalf of the United States Attorney's Office, and USPO Aylin McFarland, on behalf of the United States Probation Office, have no objection to the requested continuance.  The final PSR was filed on May 28, 2020.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: September 29, 2020

Reply, or Statement of Non-opposition: September 22, 2020

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 15, 2020

Dated: July 22, 2020                                  Respectfully submitted,

                                                      /s/ Michael D. Long
                                                      MICHAEL D. LONG
                                                      Attorney for Jose Alcala-Garcia

-1-

Dated: July 22, 2020

McGREGOR SCOTT
United States Attorney

/s/ *Quinn Hochhalter*
QUINN HOCHHALTER
Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Alcala-Garcia's pre-sentence report is amended as follows:

Judgment and Sentencing Date: September 29, 2020 at 9:30 a.m.

Reply, or Statement of Non-opposition: September 22, 2020

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: September 15, 2020

Dated: July 22, 2020

/s/ John A. Mendez_____
Hon. JOHN A. MENDEZ
United States District Court Judge