MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. 19-3 JAM
                Plaintiff,   )
                                  ) STIPULATION AND
   v.                               ) ORDER MODIFYING THE SCHEDULE
                                   ) FOR Mr. ALCALA-GARICA PRE-SENTENCE
                                   ) REPORT FOR A NEW SENTENCING DATE
JOSE ALCALA-GARCIA,   ) OF DECEMBER 1, 2020
                                   )
                Defendant.   ) Judge: Hon. John A. Mendez
================================)

      Defendant Jose Alcala-Garcia is requesting a continuance of his sentencing hearing, which is presently set for September 29, 2020.  AUSA Quinn Hochhalter, on behalf of the United States Attorney's Office, and USPO Aylin McFarland, on behalf of the United States Probation Office, have no objection to the requested continuance.  The final PSR was filed on May 28, 2020.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

      Judgment and Sentencing Date: December 1, 2020

      Reply, or Statement of Non-opposition: November 24, 2020

      Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 17, 2020

Dated:  August 31, 2020                        Respectfully submitted,

                                                                 /s/ Michael D. Long
                                                                   MICHAEL D. LONG
                                                                   Attorney for Jose Alcala-Garcia

Dated: August 31, 2020                                McGREGOR SCOTT
                                                      United States Attorney

                                                      /s/ Quinn Hochhalter
                                                      QUINN HOCHHALTER
                                                      Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Alcala-Garcia's pre-sentence report is amended as follows:

Judgment and Sentencing Date: December 1, 2020 at 9:30 a.m.

Reply, or Statement of Non-opposition: November 24, 2020

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 17, 2020

Dated: August 31, 2020                                /s/ John A. Mendez
                                                      Hon. JOHN A. MENDEZ
                                                      United States District Court Judge