MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE ARNULFO ALCALA-GARCIA, <br> Defendant. | No. 2:19-CR-0003 JAM <br><br> STIPULATION AND ORDER MODIFYING THE SCHEDULE FOR Mr. ALCALA-GARCIA'S PRE-SENTENCE REPORT FOR A NEW SENTENCING DATE OF APRIL 20, 2021 <br><br> Judge: Hon. John A. Mendez |

Defendant Jose Alcala-Garcia is requesting a continuance of his sentencing hearing, which is presently set for February 2, 2021. AUSA Alexis Nelsen, on behalf of the United States Attorney's Office, and USPO Aylin McFarland, on behalf of the United States Probation Office, have no objection to the requested continuance. The final PSR was filed on May 28, 2020. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: April 20, 2021

Reply, or Statement of Non-opposition: April 13, 2021

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 6, 2021

Dated: January 14, 2021                    Respectfully submitted,

                                            /s/ Michael D. Long
                                            MICHAEL D. LONG
                                            Attorney for Jose Alcala-Garcia

-1-

Dated: January 14, 2021

McGREGOR SCOTT
United States Attorney

/s/ Alexis Nelsen
ALEXIS NELSEN
Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Alcala-Garcia's pre-sentence report is amended as follows:

Judgment and Sentencing Date: April 20, 2021 at 9:30 AM

Reply, or Statement of Non-opposition: April 13, 2021

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: April 6, 2021

Dated:  January 14, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE