MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:19-3 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) MODIFYING THE SCHEDULE FOR |
| | ) Mr. ALCALA-GARCIA'S PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| JOSE ARNULFO ALCALA-GARCIA, | ) OF JUNE 22, 2021 |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |
| ================================ | ) |

Defendant Jose Alcala-Garcia is requesting a continuance of his sentencing hearing, which is presently set for April 20, 2021.  AUSA Alexis Nelsen, on behalf of the United States Attorney's Office, and USPO Aylin McFarland, on behalf of the United States Probation Office, have no objection to the requested continuance.  The final PSR was filed on May 28, 2020. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date: June 22, 2021

Reply, or Statement of Non-opposition: June 15, 2021

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 8, 2021

Dated:  March 16, 2021                                         Respectfully submitted,

                                                                              /s/ Michael D. Long
                                                                              MICHAEL D. LONG
                                                                              Attorney for Jose Alcala-Garcia

-1-

Dated: March 16, 2021

PHIL TALBERT
Acting United States Attorney

/s/ Alexis Nelsen
ALEXIS NELSEN
Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that the schedule for Mr. Alcala-Garcia's pre-sentence report is amended as follows:

Judgment and Sentencing Date: June 22, 2021

Reply, or Statement of Non-opposition: June 15, 2021

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 8, 2021

Dated: March 16, 2021        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE