MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for JOSE ARNULFO ALCALA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ALCALA-GARCIA,<br>　　　　Defendant. | ) No. 2:19-CR-3 JAM<br>)<br>) STIPULATION AND<br>) ORDER EXONERATING<br>) Mr. ALCALA-GARCIA's<br>) UNSECURED APPEARANCE BOND<br>) [ECF documents 39 & 40]<br>)<br>) Judge: Hon. John A. Mendez |

On June 22, 2021, defendant Jose Arnulfo Alcala-Garcia was sentenced to a term of 41 months in prison.  He did not self-surrender at a Bureau of Prisons facility as ordered on August 31, 2021.  Mr. Alcala-Garcia was arrested on the failure to surrender warrant on January 8, 2022, very close to his long-time home in Siskiyou County.  He is housed in the Sacramento County Jail while he awaits transportation to the Bureau of Prisons.  Because Mr. Alcala-Garcia is in custody to serve his prison sentence, the government, by and through AUSA Alexis Nelsen, and Defendant Jose Alcala-Garcia, by and through his appointed CJA attorney Michael Long, hereby stipulate that Mr. Alcala-Garcia's unsecured $50,000 appearance bond (ECF document 39, signed by Mr. Alcala-Garcia and ECF document 40, signed by Maria Magdalena Garcia) should be exonerated.

| | | |
|---|---|---|
| 03/01/2019 | 40 | UNSECURED APPEARANCE BOND signed by Mary Garcia. (Long, Michael) Modified on 3/7/2019 (Benson, A.). (Entered: 03/01/2019) |
| 03/01/2019 | 39 | UNSECURED APPEARANCE BOND signed by defendant Jose Alcala-Garcia. (Long, Michael) Modified on 3/7/2019 (Benson, A.). (Entered: 03/01/2019) |

-2-

| | |
|---|---|
| Dated: February 17, 2022 | Respectfully submitted, |
| | /s/ *Michael D. Long* |
| | MICHAEL D. LONG |
| | Attorney for Mr. Alcala-Garcia |
| | |
| Dated: February 17, 2022 | PHILLIP TALBERT |
| | United States Attorney |
| | |
| | /s/ *Alexis Nelsen* |
| | ALEXIS NELSEN |
| | Assistant U.S. Attorney |

**ORDER**

<u>**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**</u>.

The Court orders that Mr. Alcala-Garcia's unsecured appearance bond (ECF documents 39 and 40) is hereby exonerated.

| | |
|---|---|
| Dated: February 18, 2022 | /s/ John A. Mendez |
| | THE HONORABLE JOHN A. MENDEZ |
| | UNITED STATES DISTRICT COURT JUDGE |